# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4705

_____

GIOVANNI VELEZ ,

Petitioner,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

February 25, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Giovanni Velez, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.